Maurice Stokes
v
Angel Reese
Camilla Cardoza
Brittany Griner
Skylar Diggins
Malik Monk
Chris Bosh
Andre Igoudala
Allen Iverson
Lebron James

_____ FILED    _____ ENTERED
_____ LOGGED    _____ RECEIVED

FEB 19 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

I challenge all of the players listed above for a pick off of all Female college basketball players eight players per team Coaches can only pick Four and the players collectively pick their teamates all players make one million dollars per season and all live on grounds with their parents no mates allowed basketball conditioning must be the Focus no partying drinking or smoking they will live in a resort town during the season there will be two point guards one shooting guard Ohio State Im coming for yours two small forwards one power forward and two centers Caitlin Clark tell your old center she should announce her retirement because She's my second pick I dont wanna bully the league but I wouldnt coach if they didnt play for me we will not allow televised games its a street league that pays twenty minute games not Fouls Five minute quarters three timeouts per half Subs at any dead ball any kind of lineups permitted Street ball rules hacking not permitted players get sat down by opposing coaches for illegal screens or fouls five minute penalties and all players found to be repeat offenders will have that game check taken and still have to pay no suspensions only game checks are lost and any player found to violate player safety or continuously violate league and conditioning rules will be cut for the Season with no appeals all players will only be permitted to play up to fifteen minutes per game maximum to keep players healthy and safe and all Fouls are self called False calls results in a technical foul and the opposing team gets a shot and the ball all courts will be tarred concrete no hardwood with NBA regulation balls and NBA rims with the backboard at 8 feet and not ten coaches can only play if the opposing coach is the same gender and its make it take it rules to Seven for the game in case of a tie to avoid an overtime So all coaches have an assistant the opposite gender preferrably their husband or wife if they both play ball my two coaches are naieem crenshaw that played for St. Joe's prep and my female coach is my wife Sgt porsha hall no she's not a cop She's a c/o and if my challenger is too tall I have another wife that plays ball Im playing no coaches play crenshaw and hall gets their own team and holiday I know you still love ball So you can coach too I sponsor yall three because I want normal people coaching too So I open the league maximum twenty teams that means Seven teams are open and I want only ex-wnba players coaching everybody that played in the wnba and got exploited come play in my old head league where all the games are spaced out and shorter Same million dollar season but you can only do one year and I think you Know the reason Im suing the